**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| JOHN LAWSON,       ) | |
|      Plaintiff,       ) | |
|       ) | |
| v.       ) | No. 2:25-cv-02362-SHL-cgc |
| NEWREZ LLC d/b/a SHELLPOINT       ) | |
| MORTGAGE SERVICING and MORGAN       ) | |
| STANLEY MORTGAGE LOAN TRUST,       ) | |
|      Defendants.       ) | |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Defendant's Notice of Removal (ECF No. 1), filed March 31, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 8), filed March 27, 2026, all claims by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

March 30, 2026
Date